William Benjamin **BROWN**, Petitioner-Appellant,

v.

Warden **MANSUKHANI**, Respondent-Appellee.

No. 17-7268

United States Court of Appeals, Fourth Circuit.

Submitted: February 22, 2018

Decided: February 26, 2018

William Benjamin Brown, Appellant Pro Se. Robert Frank Daley, Jr., Jimmie Ewing, Assistant United States Attorneys, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Benjamin Brown, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Brown v. Mansukhani*, No.

9:16-cv-03079-MGL, 2017 WL 3725318 (D.S.C. Aug. 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*